UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JERRI MARTINEZ-TEJEDA, a/k/a "Ricky," a/k/a "Jose Ramon Saez-Serrano," a/k/a "Manual Gonzalez-Osario," a/k/a "Roberto Amezquita," a/k/a "Juan Rivera-Santiago," a/k/a "Roberto Rodriguez," a/k/a "Jose Rojas," a/k/a "Juan Santiago," a/k/a, "Juan Santiago-Rivera,"<br><br>(2) YOELLY R. CARMENATTY, a/k/a "Joely Carmenatty,"<br><br>(3) JOEL JAHAMAL ROUGEAU, a/k/a "Panther,"<br><br>(4) LILY SOLIS, a/k/a "Kendall,"<br><br>(5) GILBERTO ALICEA, and<br><br>(6) MICHAEL BATE,<br><br>Defendants. | ) | VIOLATIONS: 15cr10224PBS<br><br>21 U.S.C. §846 - Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl, Heroin, and Cocaine<br><br>21 U.S.C. §853 - Forfeiture Allegation |

## FIRST SUPERSEDING INDICTMENT

**COUNT ONE**: (21 U.S.C. §846 – Conspiracy to Possess With Intent to Distribute and to Distribute Fentanyl, Heroin, and Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least from in or around March 1, 2015, and continuing until on or about July 12, 2015, at Lawrence, Woburn, and elsewhere in the District of Massachusetts, and elsewhere,

(1) JERRI MARTINEZ-TEJEDA, a/k/a "Ricky," a/k/a "Jose Ramon Saez-Serrano," a/k/a "Manual Gonzalez-Osario," a/k/a "Roberto Amezquita," a/k/a

"Juan Rivera-Santiago," a/k/a Roberto Rodriguez," a/k/a "Jose Rojas," a/k/a "JUAN Santiago," a/k/a, "Juan Santiago-Rivera,"

(2) YOELLY R. CARMENATTY a/k/a "Joely Carmenatty,"

(3) JOEL JAHAMAL ROUGEAU, a/k/a "Panther,"

(4) LILY SOLIS, a/k/a "Kendall,"

(5) GILBERTO ALICEA, and

(6) MICHAEL BATE,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute fentanyl, a Schedule II controlled substance, heroin, a Schedule I controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

All in violation of Title 21, United States Code, Section 846.

**FORFEITURE ALLEGATION**
**(21 U.S.C. §853)**

The Grand Jury further charges that:

Upon conviction of Count One of this Indictment,

(1) JERRI MARTINEZ-TEJEDA, a/k/a "Ricky," a/k/a "Jose Ramon Saez-Serrano," a/k/a "Manual Gonzalez-Osario," a/k/a "Roberto Amezquita," a/k/a "Juan Rivera-Santiago," a/k/a Roberto Rodriguez," a/k/a "Jose Rojas," a/k/a "JUAN Santiago," a/k/a, "Juan Santiago-Rivera,"

(2) YOELLY R. CARMENATTY a/k/a "Joely Carmenatty,"

(3) JOEL JAHAMAL ROUGEAU, a/k/a "Panther,"

(4) LILY SOLIS, a/k/a "Kendall,"

(5) GILBERTO ALICEA, and

(6) MICHAEL BATE,

defendants herein, shall forfeit to the United States, jointly and severally, pursuant to 21 U.S.C. §853, any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations. The property to be forfeited includes, but is not limited to, the following:

(a) A sum of money equal to the total amount of proceeds traceable to the offenses alleged in Count One of this Indictment, which may be entered in the form of a forfeiture money judgment;

(b) $4,000.00 in United States currency seized on June 4, 2015, in Vinita, Oklahoma;

(c) $511,370.00 in United States currency seized on July 12, 2015, in Lawrence, Massachusetts;

(d) one Dodge Ram pickup truck, bearing vehicle identification number 3C63RRGL2EG180485;

(e) one 2012 white BMW model 750i, bearing vehicle identification number

WBAKA8C57CDS99721; and

(f) one 2012 Lexus Infiniti model FX35 Limited, bearing vehicle identification number JN8AS1MWXCM151237.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL,**

FOREPERSON OF THE GRAND JURY

THOMAS E. KANWIT
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: September 16, 2015

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk