# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 15-10224-PBS |
| JERRI MARTINEZ-TEJEDA, et al., ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

## REPORT AFTER INITIAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5 (a)

**October 2, 2015**

Hennessy, M.J.

An Initial Status Conference was held in the above-captioned case for October 2, 2015 in Worcester. Counsel for the parties attended by telephone.[1]

**Status of the Case**

On September 16, 2015, the grand jury returned a superseding indictment which alleges the participation of Gilberto Alicea and Michael Bate in the one and only offense alleged in the indictment, conspiracy to distribute narcotics. Defendant Joel Jahamal Rougeau has not been apprehended. The United States reported at the initial status conference that it may seek a further superseding indictment that would add charges of money laundering against some or all defendants. Chief Judge Saris has set November 18, 2015 at 2:30 in Boston for an initial pretrial conference.

---

[1] The court failed to reach and did not hear from Raymond Buso, counsel for Defendant Yoelly R. Carmenatty. This is the second time Mr. Buso has failed to appear, or seek to be excused. I have issued a separate order directing Mr. Buso to appear in person on October 6, 2015. Attorney Fried stood in for Attorney DiLibero, who was unable to attend.

Pursuant to Local Rule 116.5(a), and using the numeration of matters listed therein, I report as follows:

**Local Rule 116.5(a)(1) through (4)**

The United States has produced automatic discovery. The United States expects to provide a substantial amount of additional discovery in the next two weeks comprising, four disks containing intercepted text messages, some of which the United States will rely upon in the prosecution of the instant indictment, and some 20 compact disks of surveillance photographs. I have set October 16, 2015 as a deadline for the United States to produce discovery, and asked the United States to identify intercepted communications and photographs it expects to rely upon in prosecuting the instant indictment. Defendant are directed to file discovery requests by October 30, 2015. The court has entered a protective orders regarding the dissemination and use of intercepted communications. They reserve the right to seek further protective orders should the need for them arise.

**Local Rule 116.5(a)(5)**

The parties agree that it is too early to set a motion schedule. The court will take up this matter at the Interim Status Conference, that I have set for October 30, 2015.

**Local Rule 116.5(a)(6)**

The government's expert disclosures be due thirty (30) days before trial, and that Defendant's expert disclosures, if any, be due fourteen (14) days before trial.

**Local Rule 116.5(a)(7)**

This court has excluded, without objection, the period from the arraignment of Defendants on the original indictment, August 19, 2015 through October 2, 2015. The parties further agree that the period from October 3, 2015 through the Interim Status Conference that I have set for

October 30, 2015 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  I will allow that request and enter a separate written order.  Accordingly, seven days, from the return of the original indictment through arraignment, is chargeable against the statutory speedy trial clock.  See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on Friday, October 30, 2015 at 2:00 p.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  Counsel are invited to appear by telephone if that is more convenient.  If any counsel wishes to appear by telephone, he or she is to contact Lisa Belpedio before the conference and provide her with a landline telephone number at which counsel can be reached.

If any counsel wishes to have his or her client present at the interim status conference, counsel shall contact Ms. Belpedio one week in advance of the interim status conference.

/s/ David H. Hennessy
David H. Hennessy
United States Magistrate Judge