UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:15-cr-10224-PBS-1 |
| **JERRI MARTINEZ-TEJEDA**, Defendant. | |

## DEFENDANT'S ASSENTED-TO MOTION TO EXTEND FILING DATE

Defendant Jerri Martinez-Tejeda ("the defendant"), by and through his undersigned counsel, hereby respectfully requests this Honorable Court extend the filing deadline for motions, currently due on April 15, 2016 to such date as mutually agreeable. As grounds, the defendant avers and states the following:

1. The defendant and the United States are in ongoing plea negotiations which are likely to resolve the matter without the need to conduct a hearing on such motions.

2. The United States, on April 13, 2016, brought two superseding indictments against the defendant which according to the Government are supported by discovery encompassing more than three "banker's boxes" of documents which will require review. Such discovery may have impact on plea negotiations as well as possibly the nature of motions to be filed.

3. The defendant has had certain potentially serious medical concerns which have made it more difficult for counsel to exhaustively discuss with him the possibility of a plea, and such conditions have required counsel to intervene with the officials at the defendant's place of detention.

4. Lastly, undersigned counsel has previously committed to be out of the country for the week immediately preceding the motion hearing date established by the Court.[1]

5. Counsel for the United States, by and through AUSA Thomas E. Kanwit, assents to the granting of the requested continuance. On information and belief, neither the Court nor the parties will be prejudiced by the granting of the requested continuance.

WHEREFORE, the defendant respectfully requests this Honorable Court extend the filing deadline to a date to be determined by the Court.

Date:   April 14, 2016

Respectfully submitted,

JERRI MARTINEZ-TEJEDA
By and through his attorney,

/s/ *Neil S. Tassel*
Neil S. Tassel, BBO#557943
JA Denner Associates PC
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel.   (617) 227-2800
Fax    (617) 973-1562
ntassel@dennerlaw.com

**Certificate of Service**

I, Neil S. Tassel, hereby certify that on this the 14th day of April 2016, I caused a true copy of the foregoing *Defendant's Assented-to Motion to Extend Filing Date* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

/s/ *Neil S. Tassel*
Neil S. Tassel

---

[1] Counsel is chaperoning his child's high school jazz band for a series of performances during their school break in Germany.

2