*[Handwritten margin note: 4/27/16 Allowed until May 26. /s/ Patti B Saris]*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRI MARTINEZ-TEJEDA,<br>            Defendant. | No. 1:15-cr-10224-PBS-1 |

## DEFENDANT'S ASSENTED-TO MOTION TO EXTEND FILING DATE

Defendant Jerri Martinez-Tejeda ("the defendant"), by and through his undersigned counsel, hereby respectfully requests this Honorable Court extend the filing deadline for motions, currently due on April 15, 2016 to such date as mutually agreeable. As grounds, the defendant avers and states the following:

1. The defendant and the United States are in ongoing plea negotiations which are likely to resolve the matter without the need to conduct a hearing on such motions.

2. The United States, on April 13, 2016, brought two superseding indictments against the defendant which according to the Government are supported by discovery encompassing more than three "banker's boxes" of documents which will require review. Such discovery may have impact on plea negotiations as well as possibly the nature of motions to be filed.

3. The defendant has had certain potentially serious medical concerns which have made it more difficult for counsel to exhaustively discuss with him the possibility of a plea, and such conditions have required counsel to intervene with the officials at the defendant's place of detention.

1