UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 15-cr-10224 PBS |
| | ) |
| (1) ) JERRI MARTINEZ-TEJEDA, | ) |
| a/k/a "Ricky," a/k/a "Jose Ramon Saez-Serrano," | ) |
| a/k/a "Manual Gonzalez-Osario," a/k/a "Roberto | ) |
| Amezquita," a/k/a "Juan Rivera-Santiago," a/k/a | ) |
| "Roberto Rodriguez," a/k/a "Jose Rojas," a/k/a | ) |
| "Juan Santiago," a/k/a "Juan Santiago-Rivera," | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S (SECOND) MOTION TO STRIKE

The United States of America hereby moves to strike Martinez-Tejeda's *pro se* motion docketed as entry 185, and any future motions he files *pro se* without seeking leave of this Court to do so.

As grounds herefor, the government relies upon the arguments made in its Motion to Strike docket # 183, a similar *pro* se motion. The government notes that its Motion to Strike was as to docket # 183 and any future motions, moreover. Defendant, who has recently reaffirmed that his counsel continues to represent him, may not file *pro se* absent permission of the Court- which permission is rarely granted and should not be given in this case. *See, e.g., United States v. Nivica*, 887 F.2d 1110, 1121 (1st Cir. 1989) (citations omitted); *accord United States v. Castille,* 209 WL 981372 at *2 (M.D. Ga. 2009), (stating that while a defendant has the right to represent himself in a criminal trial and has the right to assistance of counsel, he "does not have the right to a 'hybrid representation,' partly by counsel and partly by himself," without the permission of the court.); Local Rule 83.5.5 (only an individual that is **not** represented by counsel may appear *pro se*).

Thus, this Court is not required to accept Martinez-Tejeda's *pro se* motion at all, and it is within the Court's discretion to strike it.[1]

>
> Respectfully submitted,
>
> CARMEN M. ORTIZ
> United States Attorney
>
> By: */s/ Thomas E. Kanwit*
> THOMAS E. KANWIT
> Assistant U.S. Attorney

Dated: May 20, 2016

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I further certify that I have consulted with counsel for defendant in an attempt to resolve the issue(s) presented herein.

> */s/ Thomas E. Kanwit*
> THOMAS E. KANWIT

---

[1] Although the Court need not consider the merits of defendant's motion, counsel for the government notes that its arguments are misplaced, as they claim that defendant may not be convicted on a drug distribution conspiracy if his possession was merely constructive. As the Court is well aware, this is not a valid argument and its wide bypass of the mark reinforces just why *pro se* motions by represented parties are discouraged.