UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> (1) ) JERRI MARTINEZ-TEJEDA, <br> a/k/a "Ricky," a/k/a "Jose Ramon Saez-Serrano," <br> a/k/a "Manual Gonzalez-Osario," a/k/a "Roberto <br> Amezquita," a/k/a "Juan Rivera-Santiago," a/k/a <br> "Roberto Rodriguez," a/k/a "Jose Rojas," a/k/a <br> "Juan Santiago," a/k/a "Juan Santiago-Rivera," <br><br> Defendant. | 15-cr-10224 PBS |

## GOVERNMENT'S (SECOND) MOTION TO STRIKE

The United States of America hereby moves to strike Martinez-Tejeda's *pro se* motion docketed as entry 185, and any future motions he files *pro se* without seeking leave of this Court to do so.

As grounds herefor, the government relies upon the arguments made in its Motion to Strike docket # 183, a similar *pro* se motion. The government notes that its Motion to Strike was as to docket # 183 and any future motions, moreover. Defendant, who has recently reaffirmed that his counsel continues to represent him, may not file *pro se* absent permission of the Court- which permission is rarely granted and should not be given in this case. *See, e.g., United States v. Nivica*, 887 F.2d 1110, 1121 (1st Cir. 1989) (citations omitted); *accord United States v. Castille*, 209 WL 981372 at *2 (M.D. Ga. 2009), (stating that while a defendant has the right to represent himself in a criminal trial and has the right to assistance of counsel, he "does not have the right to a 'hybrid representation,' partly by counsel and partly by himself," without the permission of the court.); Local Rule 83.5.5 (only an individual that is **not** represented by counsel may appear *pro se*).

5/23/16
allowed