October 13, 2016

15CR10224PBS

To whom it may concern:

I, Santa Ramirez hereby confirm that my cousin **Yerri Luis Martinez Tejeda** is a good and hardworking person. Even though we don't have a very close relationship, I have seen that he is a good father with this three children and also a good son with his mother. He is very generous with other people and he is not a bad person.

I want to ask you to please consider the pain himself, his three children, his mother and all as his family is suffering due to this actions he did.

If you need any additional information, feel free to contact me at once.

Cordially,

Santa Ramirez
282 North Beacon St
Brighton, MA 02135
Telephone (617) 903-4013

October 13, 2016

To whom it may concern:

I, Carmen Soriano hereby confirm that I am a friend of **Yerri Luis Martinez Tejeda**. I have known him for four years and I can attest he is a good person, a good friend with a good heart. I have seen that he is very responsible parent with his children and a very good son to his mother.

I know that his actions will not be ignored and there will be consequences, but please consider the pain his children and mother are suffering.

If you need any additional information, feel free to contact me at once.

Cordially,

*Carmen Soriano*
**Carmen Soriano**
1396 Hancock St
Lawrence, MA 01841

October 13, 2016

To whom it may concern:

I, Maria Rosario hereby confirm that I am a family friend of **Yerri Luis Martinez Tejeda**. He is a good person and a good friend too. I have seen that he is very responsible with his kids and he is cares about his mother.

I know he has made a mistake and there has to be consequences for it, but I would like to ask you to please consider the pain his kids and mother will suffer.

If you need any additional information, feel free to contact me at once.

Cordially,

Maria Rosario
1361 Galen St
Lawrence, MA 01845

October 13, 2016

To whom it may concern:

I, Juan C Valenzuela hereby confirm that I know **Yerri Luis Martinez Tejeda**. We have been neighbors for about two years, but I have known his family for a longer time. During that time I have seen that he is a good person, responsible with his mother and his children.

I know that there will be consequences for his actions, but I ask you to please consider that all his family is suffering due to this.

If you need any additional information, feel free to contact me at once.

Cordially,

*[signature]*

**Juan C. Valenzuela**
71 Ashland Ave
Methuen, MA 01844
Telephone (978) 930-8643

October 13, 2016

To whom it may concern:

I, Nicauris Tejada hereby confirm that my brother **Yerri Luis Martinez Tejeda**, is a good son, brother, father and person. We grew up together and I know that he has a good heart.

He is a hardworking and responsible man that loves and helps his children and also my mother.

I know he has made a mistake and there has to be consequences for it, but I want to ask you if you can please take in consideration that he is very sorry for what he did. Also I ask you to please consider the suffering that his children will have by him being away from them for a long time.

If you need any additional information, feel free to contact me at once.

Cordially,

Nicauris Tejeda
1361 Jason St
Lawrence, MA 01845